UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
FEB 16 2023
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.   SUPERSEDING INDICTMENT NO. 5:23-CR-001-KKC

**SHIMEA MARET MCDONALD and
NANA KWEBENA AMUAH**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## INTRODUCTION

1. At all relevant times, Lexington-Fayette Urban County Government, aka the City of Lexington (the "City"), used a federally insured financial institution account located in the Eastern District of Kentucky.

2. At all relevant times, the Defendant, **SHIMEA MARET MCDONALD**, resided and operated out of Houston, Texas, and the surrounding areas.

3. At all relevant times, the Defendant, **NANA KWABENA AMUAH** lived in Texas, New Jersey, or New York.

4. The Defendant, **SHIMEA MARET MCDONALD,** and her coconspirators owned and used Truist Bank Account *0109, which was opened under the name Gretson Company, LLC, by **MCDONALD**, using the identity of K.N. The Defendant and her coconspirators also owned and used Bank of America account *8059 and JPMorgan Chase

Bank account *0336, which were each opened under the name Gretson Company, LLC, using the identity of K.N. Truist Bank, Bank of America, and JPMorgan Chase Bank are federally insured financial institutions.

5. Gretson Company, LLC, was a shell company established in Texas on May 24, 2022, with K.N. listed as the managing member.

## COUNT 1
## 18 U.S.C. § 1956(h)

6. Paragraphs 1 through 4 are realleged and incorporated by reference as if fully set forth herein.

7. Beginning on a date unknown, but no later than September 30, 2021, and continuing through on or about August 30, 2022, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**SHIMEA MARET MCDONALD and
NANA KWABENA AMUAH**

knowingly and voluntarily combined, conspired, confederated, and agreed with others, known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956 and Section 1957, to wit:

(a) knowingly conducting and attempting to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is wire fraud, bank fraud, and conspiracy to commit wire fraud and bank fraud, violations of Title 18, United States Code, Sections 1343, 1344, and 1349, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership,

and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), and

(b) knowingly engaging and attempting to engage, in monetary transactions by, through or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is check deposits, such property having been derived from a specified unlawful activity, that is wire fraud, bank fraud, and conspiracy to commit wire fraud and bank fraud, violations of Title 18, United States Code, Sections 1343, 1344, and 1349, in violation of Title 18, United States Code, Section 1957.

## Manner and Means

8. The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

9. Through a variety of means, conspirators targeted business or municipal entities ("Targeted Entities") that had ongoing financial relationships with other entities ("Vendors"), to which the Targeted Entities owed current or future payments. Conspirators then impersonated the Vendors in email communications with the Targeted Entities and requested that the Targeted Entities wire payment to a new bank account.

10. Once the Targeted Entities wired the funds to the conspirators' designated bank account, **NANA KWABENA AMUAH** notified coconspirators, including **SHIMEA MARET MCDONALD**, so that they could attempt or actually withdraw the stolen funds in a variety of payment methods, in order to quickly move the funds from where the Targeted Entities could locate them.

11. Since 2021, **NANA KWABENA AMUAH** had been instructing **SHIMEA MARET MCDONALD** to conduct financial transactions involving victims of fraud to withdraw money, often via messages sent over Telegram, an encrypted messaging service.

12. For example, in August 2022, conspirators impersonated a nonprofit organization having business with the City over email and convinced a City official to wire funds owed to the nonprofit organization to Truist Bank account *0109. The City wired a total of $3,905,837.05 from August 19 through August 24, 2022, to Truist Bank account *0109.

13. **NANA KWABENA AMUAH** advised **SHIMEA MARET MCDONALD** that money would be sent to the Truist Bank Account.

14. Prior to the wires being sent, on August 17, 2022, **SHIMEA MARET MCDONALD** requested that Truist Bank print eight (8) counter checks for Gretson Company, LLC, account *0109, which were to be funded by wires from the City.

15. After the first wires from the City were transferred to Gretson Company account *0109 on or about August 19, 2022, **SHIMEA MARET MCDONALD** attempted to use one of the counter checks printed for Gretson Company, LLC, account *0109, to deposit $380,000 of funds stolen from the City into Gretson Company, LLC, account *8059 at Bank of America.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 2
## 18 U.S.C. § 1344

16. Paragraphs 1 through 15 are realleged and incorporated by reference as if

fully set forth herein.

17. Beginning on a date unknown, but no later than May 24, 2022, and continuing through on or about August 30, 2022, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

### SHIMEA MARET MCDONALD

knowingly participated in a scheme to obtain moneys and funds under the custody and control of Truist Bank, a federally insured financial institution, by means of materially false and fraudulent pretenses, representations, and promises. Specifically, on or about August 17, 2022, **MCDONALD**, with the intent to deceive Truist Bank and deprive it of something of value, knowingly executed and attempted to execute the scheme by having Truist Bank print checks on Gretson Company, LLC, account *0109, which account was to be funded by the wires sent from the City, under the pretense that she was K.N., an individual with authority to access the Gretson Company Truist Bank account *0109, all in violation of Title 18, United States Code, Section 1344(2).

### COUNT 3
### 18 U.S.C. § 1028A

18. Paragraphs 1 through 15 are realleged and incorporated by reference as if fully set forth herein.

19. On or about June 6, 2022, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

### SHIMEA MARET MCDONALD

knowingly transferred, possessed, and used, without lawful authority, a means of

identification of another person, K.N., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028(a)(c), to wit, wire fraud, bank fraud, and conspiracy to commit wire fraud and bank fraud, knowing that the means of identification belonged to another actual person, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 4
## 18 U.S.C. § 1028A

20. Paragraphs 1 through 15 are realleged and incorporated by reference as if fully set forth herein.

21. On or about August 17, 2022, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**SHIMEA MARET MCDONALD**

knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, K.N., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028(a)(c), to wit, wire fraud, bank fraud, and conspiracy to commit wire fraud and bank fraud, knowing that the means of identification belonged to another actual person, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 5
## 18 U.S.C. § 1028A

22. Paragraphs 1 through 15 are realleged and incorporated by reference as if fully set forth herein.

23. On or about August 19, 2022, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**SHIMEA MARET MCDONALD**

knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, K.N., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028(a)(c), to wit, wire fraud, bank fraud, and conspiracy to commit wire fraud and bank fraud, knowing that the means of identification belonged to another actual person, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 982(a)(1)

1. By virtue of the commission of the offenses charged in Count One of this Indictment, **NANA KWABENA AMUAH** and **SHIMEA MARET MCDONALD** shall forfeit to the United States of America, any property, real or personal, involved in the violations of 18 U.S.C. § 1956 and any property traceable to such property. Any and all interest that **NANA KWABENA AMUAH** and **SHIMEA MARET MCDONALD** **SHIMEA MARET MCDONALD** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1).

2. The property to be forfeited includes, but is not limited to, the following:

**PERSONAL PROPERTY:**

   a. Money Counter, model RBC-ES200 seized from **SHIMEA MARET MCDONALD**;
   b. Black iPhone, IMEI: 354916092268985 seized from **SHIMEA MARET MCDONALD**;
   c. iPhone seized from **NANA AMUAH**;
   d. Dell Inspiron laptop, S/N: G0LHQT2 seized from **NANA AMUAH**; and
   e. $10,930.02 USD seized from **NANA AMUAH**.

3. If any property subject to forfeiture pursuant to Title 18, United States Code,

Section 982(a)(1), as a result of any act or omission of the defendants:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third party;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

   e. Has been comingled with other property which cannot be divided without difficulty,

the United States of America, shall be entitled to forfeiture of substitute property, pursuant to Title 18, United States code, Section 982, and Title 21, United States Code, Section 853(p).

**A TRUE BILL**

**FOREPERSON**

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**   Imprisonment for not more than 20 years, $500,000 fine or twice the gross gain or loss, and 3 years supervised release.

**COUNT 2:**   Imprisonment for not more than 30 years, fine of not more than $1,000,000 or twice amount of loss, and supervised release for not more than 5 years.

**COUNTS 3-5:**

>If convicted of one count, mandatory term of imprisonment of two years, to be served consecutive to any other sentence imposed for Counts 1 and 2.
>
>If convicted of two or more counts: 2 years imprisonment, which may run concurrently, in whole or in part, with any other term of imprisonment imposed for Aggravated Identity Theft convictions, but consecutively to any term of imprisonment imposed on Counts 1 and 2.
>
>Plus, not more than $250,000 fine and 1 year supervised release on each count of conviction on Counts 3 through 5.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.