UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>NANA KWABENA AMUAH,<br>    Defendant. | CRIMINAL NO. 5:23-1-KKC-EBA<br><br>**OPINION AND ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a motion (DE 105) by defendant Nana Kwabena Amuah requesting a sentence reduction under Amendment 821 to the Sentencing Guidelines. The Court has reviewed the defendant's record to determine if he is eligible for relief under Amendment 821.

The amendment alters the application of the Guidelines with respect to certain offenders who (a) earned criminal history "status points" based on commission of an offense while serving a criminal justice sentence (Part A of Amendment 821), or (b) presented zero criminal history points at the time of sentencing (Part B, Subpart 1). In addition, the United States Sentencing Commission voted to give retroactive effect to these two changes.

Defendant Amuah is not, however, eligible for a reduction under the amendment. The Court did not apply any "status points" against him during sentencing. Thus, Part A does not apply to him. As to Part B, Subpart 1, Amuah had zero criminal history points. However, a defendant is entitled to the sentence reduction for zero criminal history points only if the defendant did not receive an adjustment under §3B1.1 (Aggravating Role). *See* USSG §4C1.1(a)(10). At sentencing, Amuah received a four-level adjustment under USSG §3B1.1.

1

For all these reasons, the Court hereby ORDERS that Amuah's request (DE 105) for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines is DENIED.

This 13th day of May, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY